# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

## JUDGMENT IN A CIVIL CASE

MANDY HELSTOM,

    Petitioner,

    v.                                             Case No. 25-cv-03136-SRB

IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: This case is DISMISSED without prejudice, subject to Petitioner seeking review of her final removal order in the United States Court of Appeals for the Eighth Circuit and/or raising her conditions of confinement and excessive force claims in a properly-filed civil rights action.

Entered on:   June 10, 2025.

                                                            PAIGE WYMORE-WYNN
                                                             CLERK OF COURT


                                                              /s/ GAM
                                                              (By) Deputy Clerk