# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

MANDY HELSTROM, et. al,      )
                                     )
      Petitioners,              )
                                     )     Case No. 6:25-CV-03136-SRB
      vs.                       )
                                     )
IMMIGRATION AND CUSTOMS    )
ENFORCEMENT,              )
                                   )
      Respondent.           )

## ORDER

This is a *pro se* case filed under 28 U.S.C. § 2241. On June 10, 2025, this Court entered an Order and Judgment dismissing Petitioner's petition without prejudice. Docs. 8, 9. Petitioner has now filed a notice of appeal.[1] Doc. 11. Although Petitioner did not also file a request to proceed *in forma pauperis* ("IFP") on appeal, this Court assumes her intent to do so.

Under 28 U.S.C. § 1915, an IFP appeal may be permitted if an affidavit—including a statement of all assets possessed—and a certified copy of the inmate account statement for the preceding six months are submitted and if the appeal is taken in good faith. *See* Fed. R. App. P. 24(a). Good faith requires that Petitioner's argument on appeal not be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Because Petitioner has presented no non-frivolous issues deserving of appellate review, Petitioner is denied leave to proceed IFP on appeal. Petitioner may renew her request with the United States Court of Appeals for the Eighth Circuit.

Accordingly, it is **ORDERED** that Petitioner is denied leave to proceed IFP on appeal and that the Clerk of the Court electronically forward this case to the United States Court of Appeals for the Eighth Circuit for further processing of Petitioner's appeal.

      **IT IS SO ORDERED.**

                                       /s/ Stephen R. Bough
                                     STEPHEN R. BOUGH, JUDGE
Dated:  June 16,  2025                    UNITED STATES DISTRICT COURT

---

[1] To the extent Petitioner's motion seeks relief for issues regarding her conditions of confinement, such relief should be sought in a properly-filed civil rights action as discussed in this Court's prior order. Doc. 8, p. 3.